UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKIE LENNON, et al.,<br><br>                                  Plaintiff(s),<br><br>                    v.<br><br>ANDELA INC.,<br><br>                                  Defendant(s). | 23-CV-7154 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the conference scheduled for February 7, 2024, at 9:00 A.M. is rescheduled to **February 7, 2024, at 10:00 A.M.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 995 800 106, followed by the pound (#) sign.

So Ordered.

Dated: October 11, 2023
New York, New York

_____
DALE E. HO
United States District Judge